```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
                                                                   :
            -v-                                                    :       24 Cr. 232 (JPC)
                                                                   :
ORLANDO WHITFIELD,                                                 :       ORDER
                                                                   :
                      Defendant.                                   :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendant Orlando Whitfield's guilty plea hearing is scheduled for May 24, 2024 at 12:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  By May 22, 2024, at 3:00 p.m., the parties shall advise the Court, by joint letter or individual letters, of their views regarding whether Defendant's remand will be mandatory in the event that he enters a guilty plea.  *See* 18 U.S.C. § 3143(a)(2); *see also United States v. Watkins*, 940 F.3d 152, 163 (2d Cir. 2019) ("It has long been the law of our Circuit that possession of a firearm is unequivocally a crime of violence for purposes of § 3142(f)(1)(A)." (citing *United States v. Dillard*, 214 F.3d 88, 97 (2d Cir. 2000)).  The Court further respectfully reminds defense counsel that it expects counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

SO ORDERED.

Dated: May 16, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge