UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                  :

UNITED STATES OF AMERICA                          :

           -v-                                              :           24 Cr. 232 (JPC)

ORLANDO WHITFIELD,                              :           <u>ORDER</u>

                     Defendant.                        :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      For reasons discussed on the record, it is ordered that Defendant Orlando Whitfield is remanded to the custody of the United States Marshal, effective 9:00 a.m. on May 28, 2024. By that date and time, Defendant shall surrender to the custody of the United States Marshal.

      SO ORDERED.

Dated: May 25, 2024
       New York, New York

                                                          JOHN P. CRONAN
                                                  United States District Judge