# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 18, 2024

**By ECF and Email**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:    *United States v. Orlando Whitfield*, 24 Cr. 232 (JPC)**

Dear Judge Cronan:

I write with the Government's consent to request an adjournment of the current deadlines for the parties' sentencing submissions. Mr. Whitfield's sentencing is scheduled for August 22, 2024, with the defense submission currently due August 8 and the Government's submission due August 15. After speaking with Probation, however, it is my understanding that the final Presentence Report is not due until August 15, 2024.

So that the parties may incorporate the PSR into their sentencing submissions, I therefore request that the defense submission be due August 16, 2024, with the Government submission due August 20, 2024. As noted, the Government consents to this request. Thank you for considering it.

Sincerely,

Ariel Werner
Assistant Federal Defender
(212) 417-8770

cc:    Connie Dang, Assistant U.S. Attorney

The request is granted. Mr. Whitfield's sentencing submission is due by August 16, 2024, and the Government's sentencing submission is due by August 20, 2024. The Clerk of Court is respectfully directed to close Docket Number 26.

SO ORDERED.
Date: July 18, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge